UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NICOLAOS P. SPIRAKIS, MARY C. SPIRAKIS, PETER N. SPIRAKIS, GEORGIA SPILIOTIS, PEGASUS CONSTRUCTION & DEVELOPMENT, INC., MYRTLE BEACH COMMONS, LLC and LEARNING FOUNDATION OF WILMINGTON<br>　　　　Plaintiffs,<br><br>v.<br><br>IN THE MATTER OF THE FORECLOSURE of Deeds of Trust of Bank of North Carolina to BNC Credit Corp, Trustee dated September 3, 2010 and recorded on September 9, 2010 in Book 5509, Page 1179 and Book 5509, Page 1239, New Hanover County Registry,<br>　　　　Defendant.<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM aka FEDERAL RESERVE BOARD,<br>　　　　Third Party Defendants. | **JUDGMENT**<br><br>No. 7:14-CV-19-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the United States' Motion to Dismiss [DE-4] is ALLOWED, and any claims, or third-party claims, asserted against the United States Department of the Treasury or the Board of Governors of the Federal Reserve System are DISMISSED. Additionally, Plaintiffs have failed to show cause by the deadline set forth in the July 7, 2014, Order. Accordingly,

their claims against the remaining Defendant in this action are DISMISSED without prejudice for failure to obey an order of this court. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 28, 2014, and Copies To:**

George W. Redman, III  (via CM/ECF Notice of Electronic Filing)
R.A. Renfer, Jr.  (via CM/ECF Notice of Electronic Filing)
David Cranford Haar  (Spirakis and Haar, P.A., 310 79th Ave., North Myrtle Beach, SC 29572)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| July 28, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |